324 So.2d 319
**In re Charles L. SHULER**

v.

**STATE.**

**Ex parte STATE of Alabama.**

**SC 1560.**

Supreme Court of Alabama.

Nov. 26, 1975.

Rehearing Denied Jan. 9, 1976.

William J. Baxley, Atty. Gen., and Carol Jean Smith, Asst. Atty. Gen., for the State.

No appearance for respondent.

FAULKNER, Justice.

Petition of the State of Alabama for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Shuler v. State*, 56 Ala.App. 599, 324 So.2d 313.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

321 So.2d 723
**In re Randolph SMITH**

v.

**STATE.**

**Ex parte Randolph Smith.**

**SC 1499.**

Supreme Court of Alabama.

Nov. 6, 1975.

Myron K. Allenstein, Gadsden, for petitioner.

No appearance for respondent.

MERRILL, Justice.

Petition of Randolph Smith for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Smith v. State*, 56 Ala.App. 379, 321 So.2d 719.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

321 So.2d 726
**In re William Jimmy SMITH**

v.

**STATE.**

**Ex parte STATE of Alabama.**

**SC 1507.**

Supreme Court of Alabama.

Nov. 6, 1975.

William J. Baxley, Atty. Gen., and Randolph P. Reaves, Asst. Atty. Gen., for petitioner.

No appearance for respondent.

JONES, Justice.

Petition of the state for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Smith v. State*, 56 Ala.App. 384, 321 So.2d 724.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.